UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00434-LDG-PAL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | (Mtn to Modify - Dkt. #401) |
| IAVOR STOYTCHEV, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant Iavor Stoytchev's Unopposed Motion to Modify Conditions of Release and for Permission to Travel (Dkt. #401) filed June 14, 2013. The court has considered the Motion.

On December 13, 2011, a federal grand jury returned an Indictment (Dkt. #1)[1] against Defendant, charging him with one count of wire fraud, in violation of 18 U.S.C. § 1343, and one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Defendant made an initial appearance in front of Magistrate Judge Johnson, who has since retired and was released on pretrial release, subject to certain conditions. *See* Minutes of Proceedings (Dkt. #43).

Defendant requests permission to travel to and from Claremont, California, with his wife, who is attending Claremont University to obtain her Ph.D. Defendant represents that he has had no negative contact with law enforcement, has been gainfully employed, and has attended court as required. He is in constant contact with counsel. Neither the government nor Defendant's Pretrial Services Officer oppose Defendant's request.

Having reviewed and considered the matter, and good cause appearing,

---

[1] The grand jury returned a Superceding Indictment (Dkt. #243) on October 16, 2012, that did not change the nature of the charges alleged against Defendant.

1 **IT IS ORDERED** that Defendant's Motion to Modify Release Conditions (Dkt. #401) is
2 GRANTED.  Defendant Iavor Stoytchev may travel to and from Claremont, California.
3 Dated this 18th day of June, 2013.

```
                                          _____
                                          PEGGY A. LEEN
                                          UNITED STATES MAGISTRATE JUDGE
```