|  |  |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEVADA** |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>[8] IAVOR STOYTCHEV,<br><br>                    Defendant. | Case No. 2:11-CR-434-LDG-PAL-16 |

**ORDER TERMINATING PROBATION**

The Court having considered the parties' Stipulation for Early Termination of Probation as to Defendant [8] Iavor Stoytchev (Doc. #656) and good cause appearing, therefore:

**IT IS HEREBY ORDERED** that Defendant, [8] Iavor Stoytchev's, probation is hereby **TERMINATED**, effective immediately.

Dated this 16 day of June, 2016.

_____
Honorable LLOYD D. GEORGE
United States District Judge