**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-434-LDG-PAL-16 |
| Plaintiff, | |
| vs. | |
| [8] IAVOR STOYTCHEV, | |
| Defendant. | |

**ORDER TERMINATING PROBATION**

The Court having considered the parties' Stipulation for Early Termination of Probation as to Defendant [8] Iavor Stoytchev (Doc. #656) and good cause appearing, therefore:

**IT IS HEREBY ORDERED** that Defendant, [8] Iavor Stoytchev's, probation is hereby **TERMINATED**, effective immediately.

Dated this 16 day of June, 2016.

_____
Honorable LLOYD D. GEORGE
United States District Judge